BEN JONES, PLAINTIFF-APPELLANT, v. DWIGHT MITCHELL, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 30, 1984—Decided February 6, 1984.

Before Judges ARD, GREENBERG and TRAUTWEIN.

*Arthur Penn* argued the cause for appellant.

*Joseph G. Dooley, Jr.,* argued the cause for respondent.

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of Judge Marzulli, reported at 194 *N.J.Super.* 387 (Law Div.1984).